1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**JAMAL T. EVERETT,**                         Case No. C 10-04323 CW (PR)

12                          Petitioner,        **[PROPOSED] ORDER**

13

         **v.**

14

15   **M. D. McDONALD, Warden,**

16                          Respondent.

17

18       GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August

19   9, 2013 to file an answer to the petition for writ of habeas corpus.  Petitioner may file a traverse

20   within 30 days of his receipt of the answer.

21

22   Dated: _____6/5/2013_____          _____
                                                     The Honorable Claudia Wilken
23                                                   United States District Court Judge

24

25

26

27

28

                                    1