IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAL T. EVERETT,** | Case No. C 10-04323 CW (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **M. D. McDONALD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 23, 2013 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: 8/8/2013

The Honorable Claudia Wilken
United States District Court Judge

1

[Proposed] Order (C 10-04323 CW (PR))