IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL T. EVERETT,<br><br>      Petitioner,<br><br>  v.<br><br>M. D. McDONALD, Warden,<br><br>      Respondent.<br>_____/ | No. C 10-4323 CW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>Doc. no. 39 |

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court ordered Respondent to show cause why the petition should not be granted.  On September 23, 2013 Respondent filed his response to the Order to Show Cause and Petitioner's traverse is due to be filed on October 23, 2013.  <u>See</u> Doc. no. 36.  Petitioner now moves for thirty additional days in which to file his traverse.

    Good cause appearing, the Court grants the motion and allows Petitioner thirty additional days in which to file his traverse. Petitioner may now file his traverse by November 25, 2013.

    This Order terminates Docket no. 39.

    IT IS SO ORDERED.

Dated: 10/8/2013

                                    CLAUDIA WILKEN<br>                                    UNITED STATES DISTRICT JUDGE