IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL T. EVERETT,<br><br>      Petitioner,<br><br>  v.<br><br>M. D. McDONALD, Warden,<br><br>      Respondent._____/ | No. C 10-4323 CW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>Doc. no. 41 |

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court ordered Respondent to show cause why the petition should not be granted.  On September 23, 2013 Respondent filed his response to the Order to Show Cause.  On October 8, 2013, the Court granted Petitioner's motion for an extension of time, to November 25, 2013, in which to file his traverse.  See Doc. no. 40.  Petitioner now moves for fifteen additional days, to December 10, 2013, in which to file his traverse.  See Doc. no. 41.

    Good cause appearing, the Court grants the motion and allows Petitioner fifteen additional days in which to file his traverse.  Petitioner must file his traverse by December 10, 2013.

    This Order terminates Docket no. 41.

    IT IS SO ORDERED.

Dated: 11/19/2013

                                                CLAUDIA WILKEN<br>
                                                UNITED STATES DISTRICT JUDGE