IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL T. EVERETT, | No. C 10-4323 CW (PR) |
|     Petitioner, | ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
|   v. | |
| M. D. McDONALD, Warden, | Doc. nos. 44 and 45 |
|     Respondent. | |

Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to show cause why the petition should not be granted. On September 23, 2013 Respondent filed his response to the Order to Show Cause. On October 8, 2013, the Court granted Petitioner's motion for an extension of time, to November 25, 2013, in which to file his traverse. See Doc. no. 40. On November 19, 2013, the Court granted Petitioner's second motion for an extension of time to file his traverse. Petitioner's traverse was due on December 10, 2013. Petitioner now moves to extend the time to file his traverse to February 10, 2014. See Doc. nos. 44 and 45.

Good cause appearing, the Court grants the motion; Petitioner's traverse is now due on or before February 10, 2014.

IT IS SO ORDERED.

Dated: 12/27/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE